# United States Court of Appeals for the Federal Circuit

_____

**ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP,**
*Plaintiffs-Appellees*

v.

**MYLAN PHARMACEUTICALS INC., KINDEVA DRUG DELIVERY L.P.,**
*Defendants-Appellants*

_____

2021-1729

_____

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:18-cv-00193-IMK-RWT, 1:19-cv-00203-IMK, Judge Irene M. Keeley.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered December 8, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 9, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court