# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| ASTRAZENECA AB and ASTRAZENECA PHARMACEUTICALS LP,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLAN PHARMACEUTICALS INC. and KINDEVA DRUG DELIVERY, L.P.,<br><br>    Defendants. | Civil Action No. 1:18-cv-00193-IMK |
| ASTRAZENECA AB and ASTRAZENECA PHARMACEUTICALS LP,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLAN PHARMACEUTICALS INC. and KINDEVA DRUG DELIVERY, L.P.,<br><br>    Defendants. | Civil Action No. 1:19-cv-00203-IMK |

### ORDER VACATING SEPTEMBER 21, 2020 STIPULATION AND ORDER

WHEREAS, the parties met and conferred to narrow the issues for trial, and on September 18, 2020, jointly submitted a stipulation and proposed order to this Court;

WHEREAS on September 21, 2020, this Court endorsed the parties' proposed stipulation and order ("the September 21, 2020 Stipulation and Order");

WHEREAS, Plaintiffs have moved this Court to vacate the September 21, 2020 Stipulation and Order, and Defendants do not oppose;

IT IS HEREBY ORDERED that:

This Court's September 21, 2020 Stipulation and Order is VACATED.


SO ORDERED this ___22nd___ day of __March__, 2022

_____
The Honorable Irene M. Keeley
United States District Judge