```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ASTRAZENECA AB and**
**ASTRAZENECA PHARMACEUTICALS LP,**

        Plaintiffs,

v.                                           CIVIL ACTION NO. 1:18CV193
                                                              (Judge Keeley)

**MYLAN PHARMACEUTICALS INC. and**
**KINDEVA DRUG DELIVERY L.P.,**

        Defendants.
                                                 c/w 1:19CV203

## ORDER SCHEDULING STATUS CONFERENCE

For good cause, the Court **SCHEDULES** a status conference for **Friday, April 8, 2022, at 1:00 P.M.** The parties are directed to connect to the conference via telephone as follows:

    Call In: 1 (646) 828-7666
    Meeting ID: 161 400 6083
    Participant Code: #
    Password: 5781

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: April 7, 2022

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE