```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ASTRAZENECA AB and**
**ASTRAZENECA PHARMACEUTICALS LP,**

      **Plaintiffs,**

**v.**                           **CIVIL ACTION NO. 1:18CV193**
                                             (Judge Keeley)

**MYLAN PHARMACEUTICALS INC. and**
**KINDEVA DRUG DELIVERY L.P.,**

      **Defendants.**
                                              **c/w 1:19CV203**

### ORDER FOLLOWING STATUS CONFERENCE

Following a status conference on April 8, 2022, the Court **DIRECTS** the parties to submit simultaneous briefs addressing whether Mylan may challenge the '247 patent as obvious under 35 U.S.C. § 103, no later than **April 20, 2022**. The parties shall submit their response briefs no later than **May 2, 2022**. The Court **SCHEDULES** a further status conference for **Friday, May 13, 2022, at 12:15 P.M.** The parties are directed to connect to the conference via videoconferencing, or as the parties otherwise agree, as follows:

> https://www.zoomgov.com/j/1614006083?pwd=SlB0L29vZXVDeXRLdGMvMFNRWnFXdz09
> Meeting ID: 161 400 6083
> Participant Code: #
> Password: 5781

It is so **ORDERED**.

**ASTRAZENECA AB ET AL. V.**
**MYLAN PHARMACEUTIRCALS INC. ET AL**                              **1:18CV193**

**ORDER FOLLOWING STATUS CONFERENCE**

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: April 8, 2022

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE