IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ASTRAZENECA AB and**
**ASTRAZENECA PHARMACEUTICALS LP,**

        Plaintiffs,

v.                                          **CIVIL ACTION NO. 1:18CV193**
                                                    (Judge Keeley)

**MYLAN PHARMACEUTICALS INC. and**
**KINDEVA DRUG DELIVERY L.P.,**

        Defendants.
                                                      c/w 1:19CV203

## ORDER SCHEDULING TRIAL

For good case, the Court schedules this case for trial as follows:

| TABLE OF DATES AND DEADLINES | |
|---|---|
| TRIAL DATE | May 19, 2022<br>8:30 a.m.<br>(2 days) |

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: April 12, 2022

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE