```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ASTRAZENECA AB and**
**ASTRAZENECA PHARMACEUTICALS LP,**

       **Plaintiffs,**

**v.**                                 **CIVIL ACTION NO. 1:18CV193**
                                           **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC. and**
**KINDEVA DRUG DELIVERY L.P.,**

       **Defendants.**
                                               **c/w 1:19CV203**

## ORDER CANCELING STATUS CONFERENCE

For good cause, the Court **CANCELS** the status conference previously scheduled for May 13, 2022 at 12:15PM.

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: April 27, 2022

                                                 /s/ Irene M. Keeley
                                               IRENE M. KEELEY
                                               UNITED STATES DISTRICT JUDGE