```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ASTRAZENECA AB and**
**ASTRAZENECA PHARMACEUTICALS LP,**

       **Plaintiffs,**

v.                                           CIVIL ACTION NO. 1:18CV193
                                                   (Judge Keeley)

**MYLAN PHARMACEUTICALS INC. and**
**KINDEVA DRUG DELIVERY L.P.,**

       **Defendants.**
                                           **c/w 1:19CV203**

## ORDER SCHEDULING STATUS CONFERENCE

For good cause, the Court **SCHEDULES** a status conference for **Friday, May 13, 2022, at 12:15 P.M**. The parties are directed to connect to the conference via videoconferencing, or as the parties otherwise agree, as follows:

> https://www.zoomgov.com/j/1614006083?pwd=SlB0L29vZXVDeXRLdGMvMFNRWnFXdz09
> Meeting ID: 161 400 6083
> Participant Code: #
> Password: 5781

It is so **ORDERED.**

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: April 29, 2022

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE