IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


ASTRAZENECA AB and
ASTRAZENECA PHARMACEUTICALS LP,

       Plaintiffs,

v.                                          CIVIL ACTION NO. 1:18CV193
                                      (Judge Keeley)

MYLAN PHARMACEUTICALS INC. and
KINDEVA DRUG DELIVERY L.P.,

       Defendants.

                        c/w 1:19CV203

### AMENDED[1] ORDER SCHEDULING STATUS CONFERENCE

For good cause, the Court **SCHEDULES** a status conference for **Thursday, May 5, 2022, at 1:00 P.M.** The parties are directed to connect to the conference via telephone as follows:

    Call in: 1 (646) 828-7666
    Meeting ID: 161 400 6083
    Participant Code: #
    Password: 5781

    It is so **ORDERED.**

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: May 3, 2022

                      /s/ Irene M. Keeley
                      IRENE M. KEELEY
                      UNITED STATES DISTRICT JUDGE

---

[1] A prior version of this order scheduled the status conference for Thursday, May 4 2022.