```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

ASTRAZENECA AB and
ASTRAZENECA PHARMACEUTICALS LP,

        Plaintiffs,

v.                                         CIVIL ACTION NO. 1:18CV193
                                                                (Judge Keeley)

MYLAN PHARMACEUTICALS INC. and
KINDEVA DRUG DELIVERY L.P.,

        Defendants.
                                                       c/w 1:19CV203

**ORDER CANCELING STATUS CONFERENCE**

        For good cause, the Court **CANCELS** the status conference previously scheduled for May 13, 2022 at 12:15PM.

        It is so **ORDERED.**

        The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: May 10, 2022

                                                     /s/ Irene M. Keeley
                                                   IRENE M. KEELEY
                                                   UNITED STATES DISTRICT JUDGE