IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ASTRAZENECA AB and
ASTRAZENECA PHARMACEUTICALS LP,

      Plaintiffs,

v.     CIVIL ACTION NO. 1:18CV193
      (Judge Keeley)

MYLAN PHARMACEUTICALS INC. and
KINDEVA DRUG DELIVERY L.P.,

      Defendants.

      c/w 1:19CV203

**ORDER SCHEDULING STATUS CONFERENCE**

For good cause, the Court **SCHEDULES** a status conference for **May 13, 2022 at 12:30 P.M**. The parties are directed to connect to the conference via telephone as follows:

```
Call in: 1 (646) 828-7666
Meeting ID: 161 400 6083
Participant Code: #
Password: 5781
```

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: May 12, 2022

      /s/ Irene M. Keeley
      IRENE M. KEELEY
      UNITED STATES DISTRICT JUDGE