```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**ASTRAZENECA AB and**
**ASTRAZENECA PHARMACEUTICALS LP,**

       **Plaintiffs,**

**v.**                                **CIVIL ACTION NO. 1:18CV193**
                                                 **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC. and**
**KINDEVA DRUG DELIVERY L.P.,**

       **Defendants.**
                                                 **c/w 1:19CV203**

**ORDER SCHEDULING STATUS CONFERENCE**

       For good cause, the Court **SCHEDULES** a status conference for **May 18, 2022 at 9:00 A.M.** The parties are directed to connect to the conference via telephone as follows:

```
Call in: 1 (646) 828-7666
Meeting ID: 161 400 6083
Participant Code: #
Password: 5781
```

       It is so **ORDERED.**

       The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

Dated: May 17, 2022

                                                 /s/ Irene M. Keeley
                                                 IRENE M. KEELEY
                                                 UNITED STATES DISTRICT JUDGE