```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

ASTRAZENECA AB and
ASTRAZENECA PHARMACEUTICALS LP,

        Plaintiffs,

v.                                    CIVIL ACTION NO. 1:18CV193
                                            (Judge Keeley)

MYLAN PHARMACEUTICALS INC. and
KINDEVA DRUG DELIVERY L.P.,

        Defendants.

                                              c/w 1:19CV203

### ORDER FOLLOWING BENCH TRIAL

For the reasons stated on the record, the Court:

1. **DIRECTS** the parties to file their opening briefs no later than **June 6, 2022**;

2. **DIRECTS** the parties to file their responsive briefs no later than **June 20, 2022**;

3. **LIMITS** the parties' opening and response briefs to a maximum of 30 pages; and

4. **SCHEDULES** oral argument on the parties' post-trial briefing for **Wednesday, June 22, 2022** at **1:00 PM** by video.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: May 24, 2022

                                                /s/ Irene M. Keeley
                                               IRENE M. KEELEY
                                               UNITED STATES DISTRICT JUDGE